FILED: November 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2121 (L)
(1:24-cv-00088-MFU)

---

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

THOMSON REUTERS AMERICA CORPORATION

Defendant - Appellee

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellee

---

No. 25-2122
(1:24-cv-00080-MFU)

---

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

WHITEPAGES, INC.

Defendant - Appellee

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellee

---

No. 25-2123
(1:24-cv-00096-MFU)

---

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

THRYV, INC.

Defendant - Appellee

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellee

No. 25-2124
(1:24-cv-00102-MFU)

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

PEOPLECONNECT, INC.; INTELIUS LLC; PUBREC, LLC; THE CONTROL GROUP MEDIA COMPANY, LLC; INSTANT CHECKMATE, LLC; TRUTHFINDER, LLC

Defendants - Appellees

------------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellees

No. 25-2125
(1:24-cv-00081-MFU)

MICHAEL JACKSON, on behalf of himself and all others similarly situated

Plaintiff - Appellant

v.

LEXISNEXIS RISK SOLUTIONS, INC.

Defendant - Appellee

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION; SOFTWARE & INFORMATION INDUSTRY ASSOCIATION (SIIA); REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND OTHER NEWS AND MEDIA ORGANIZATIONS

Amici Supporting Appellee

---

M A N D A T E

---

The judgment of this court, entered October 27, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*